UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LISA LANDERS,

         Plaintiff,

   v.

BELL GAS & MINIMART, et al.,

         Defendants.
_____/

NO. CIV. S-04-1847 FCD/DAD

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

    An Order Requiring a Joint Status Report was filed on September 3, 2004, instructing the parties to file a joint status report within sixty (60) days of service of the complaint on any party, or from the date of removal.

    A review of the court's docket shows the following: an answer filed on December 6, 2004; a minute order filed March 3, 2005, instructing the parties to file a joint status report in compliance with the order of September 3, 2004; a joint

1  status report filed On April 4, 2005; another minute order,
2  filed May 19, 2005, requiring a new joint status report because
3  the previous report did not comply with the Court's Order
4  Requiring a Joint Status Report; and finally a separate status
5  report filed by defendants on July 6, 2005.
6      Defendants' counsel, Mr. Philip E. Carey, sent a letter,
7  separate from the report,[1] informing the court that all attempts
8  to contact plaintiff's counsel, Mr. Theodore Pinnock, to complete
9  the report have been unsuccessful. The Court has received no
10 oral or written correspondence from Mr. Pinnock, regarding the
11 separate report or the letter.
12     The Court considers Mr. Pinnock's failure to comply with its
13 September 3, 2004, order and its March 3, 2005, and May 19, 2005
14 minute orders very serious violations, especially in light of the
15 fact that court warned counsel in its order that failure to
16 timely file could result in sanctions. The court, therefore,
17 makes the following order:
18     1.  Mr. Pinnock is ordered to show cause why he should not
19 be sanctioned in the amount of $450.00 ($150.00 each for failing
20 to comply with the court's September 3, 2004 order and the
21 court's March 3, 2005 and May 19, 2005 minute orders).
22     2.  Mr. Pinnock shall file his response to the Order to
23 Show Cause on or before September 9, 2005.
24 ///
25 ///
26

---

27     [1]While the letter has not been filed into the official court record it does indicate that a courtesy copy was sent to
28 plaintiff's counsel.

1  3.  A hearing on the order to show cause and a status
2 conference are set for September 23, 2005 at 10:00 a.m.
3  IT IS SO ORDERED.
4 DATED: August 25, 2005.

         /s/ Frank C. Damrell Jr.
         FRANK C. DAMRELL, Jr.
         UNITED STATES DISTRICT JUDGE

3