UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LISA LANDERS,

        Plaintiff,

  v.

BELL GAS & MINIMART, et al.,

        Defendants.
_____/

NO. CIV. S-04-1847 FCD/DAD

<u>ORDER</u>

----oo0oo----

    On August 25, 2005 the court issued an Order to Show Cause to plaintiff's counsel, Mr. Theodore A. Pinnock, regarding his failures to respond to court orders. Mr. Pinnock was required to file a response on or before September 9, 2005.

    On September 9, 2005 the court received Mr. Pinnock's response and pursuant to his representations contained therein the court makes the following orders:

    1.   The Order to Show Cause hearing set for

1 | September 23, 2005 is VACATED and the Order is DISCHARGED;
2 |     2.   A status conference is set for Friday,
3 | November 18, 2005 at 10:00 a.m.  A Joint Status Report shall be
4 | filed on or before November 8, 2005.  If a notice of dismissal
5 | pursuant to settlement or other appropriate motion is filed prior
6 | to the conference the court the status conference shall be
7 | vacated.
8 |     IT IS SO ORDERED.
9 | DATED: September <u>13</u>, 2005.

                                                    <u>/s/ Frank C. Damrell Jr.</u>
                                                  FRANK C. DAMRELL, Jr.
                                                  UNITED STATES DISTRICT JUDGE