```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


                           ----oo0oo----

LISA LANDERS,
                                     NO. CIV. S-04-1847 FCD/DAD
        Plaintiff,
                                     ORDER TO SHOW CAUSE
    v.

BELL GAS & MINIMART, et al.,

        Defendants.
_____/

                           ----oo0oo----
```

On August 25, 2005 the Court issued an Order to Show Cause as to Plaintiff's failure to submit a joint status report. On September 9, 2005 plaintiff's counsel, Mr. Theodore A. Pinnock, filed a response to the order to show cause and the Court subsequently issued an Order on September 13, 2005 discharging the Order and setting a new status conference. The court also required that a new Status Report be filed or in the alternative other appropriate documents by November 8, 2005.

1    A review of the court's docket shows that plaintiff's
2 counsel has not complied with the order of September 13, 2005.
3 The Court considers Mr. Pinnock's failure to comply with its
4 September 13, 2005 order very serious, especially in light of the
5 previous order to show cause.  The court, therefore, makes the
6 following order:
7    1.   Mr. Pinnock is ordered to show cause why he should not
8 be sanctioned in the amount of $300.00 and as to why plaintiff's
9 case should not be dismissed for failure to prosecute for failing
10 to comply with the court's September 13, 2005 order.
11    2.   Mr. Pinnock shall file his response to the Order to
12 Show Cause on or before November 23, 2005.
13    3.   A hearing on the order to show cause is set for
14 December 2, 2005 at 10:00 A.M.
15    IT IS SO ORDERED.
16 DATED: November 15, 2005.

                                    /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL, Jr.
                                    UNITED STATES DISTRICT JUDGE